# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2800
_____

April Ann Nelson

*Plaintiff - Appellant*

v.

Navient Solutions, LLC; Navient Credit Finance Corporation; Allied Interstate, LLC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Western

_____

Submitted: May 26, 2026
Filed: July 14, 2026
[Unpublished]

_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

April Nelson appeals after the district court[1] dismissed her pro se complaint raising claims under the Fair Debt Collection Practices Act. Following careful

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

review, we conclude that the district court did not err in dismissing the case. *See Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review). Accordingly, we deny as moot Nelson's pending motion to supplement the record, and affirm. *See* 8th Cir. R. 47B.

_____